IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MONIKA GRAY-EL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:24-cv-00157-SNLJ |
| UNITED STATES GOVERNMENT, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on documents submitted by Plaintiff on April 14 and April 21, 2025 that have been docketed as supplements (Docs. 17, 18). The documents appear to be missing pages from Plaintiff's Motion for Declaratory Judgment filed on April 3, 2025 (Doc. 14). On April 7, 2025, the Court dismissed this action, and the Motion for Declaratory Judgment was denied as moot (Doc. 16). The supplements will be stricken and deleted from the record at Documents 17 and 18 and the Clerk of Court will be directed to file them as part of the Motion at Document 14. This case remains closed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's filings at Documents 17 and 18 are **STRICKEN** and **DELETED** from the record and the **Clerk of Court** is **DIRECTED** to file those documents as part of the Motion at Document 14 to clarify the record.

**SO ORDERED** this 22nd day of April, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE